■ In the Matter of County of Suffolk et al., Appellants, v Patrick Gillin et al., Respondents. [695 NYS2d 710] —In a proceeding pursuant to CPLR 7511 to vacate an arbitration award, the petitioners County of Suffolk and the Suffolk County Police Department appeal from an order of the Supreme Court, Suffolk County (Floyd, J.), entered June 17, 1998, which granted the respondents' motion and dismissed the petition.

Ordered that the order is affirmed, with costs.

We find no basis to disturb the Supreme Court's determination in this matter. Altman, J. P., Friedmann, McGinity and Schmidt, JJ., concur.